UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAVIER PIGUES,<br><br>                    Plaintiff,<br><br>       v.<br><br>SOLANO COUNTY JAIL, et al.,<br><br>                    Defendants. | No.  2:15-cv-1004 DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. §1983.

On December 21, 2016, the undersigned issued findings and recommendations recommending to the then-assigned district judge that defendants' motion for summary judgment be granted. (ECF No. 28.) This matter has since been reassigned to the undersigned pursuant to the consent of the parties. (ECF No. 29.)

Accordingly, IT IS HEREBY ORDERED that:

1. The December 21, 2016, findings and recommendations (ECF No. 28) are converted to an order;
2. Defendants' July 14, 2016, motion for summary judgment (ECF No. 21) is granted;
3. Judgment is entered for the defendants; and

////

////

1

4. The Clerk of Court is directed to close this case.

Dated: January 13, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;

DB/Inbox/Routine/pigu1004.o